NUMBER 13-09-00295-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE DAN UZZELL






On Petition for Writ of Mandamus.






MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Dan Uzzell, pro se, filed a petition for writ of mandamus in the above cause
on June 2, 2009, through which he contends that the trial court erred in transferring venue. (2)
The Court, having examined and fully considered the petition for writ of mandamus, is of
the opinion that relator has not shown himself entitled to the relief sought. 

 Mandamus relief is proper only to correct a clear abuse of discretion when there is
no adequate remedy by appeal. See In re Prudential Ins. Co. of Am., 148 S.W.3d 124,
135-36 (Tex. 2004) (orig. proceeding); Walker v. Packer, 827 S.W.2d 833, 839 (Tex. 1992)
(orig. proceeding). The relator has the burden of establishing both prerequisites to
mandamus relief. In re CSX Corp., 124 S.W.3d 149, 151 (Tex. 2003) (orig. proceeding). 
This burden is a heavy one. See id. 

 In the instant case, relator has failed to meet this burden. The petition for writ of
mandamus fails to establish either requirement for relief and is further substantively
deficient insofar as it lacks, inter alia, an appendix and record. See generally Tex. R. App.
P. 52. Accordingly, the petition for writ of mandamus is DENIED. See id. 52.8(a). 



 PER CURIAM


Memorandum Opinion delivered and

filed this 3rd day of June, 2009.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. Relator has previously raised the issues herein in other proceedings filed with this Court. See, e.g.,
In re Uzzell, No. 13-08-00570-CV, 2008 Tex. App. LEXIS 7537, at *1-2 (Tex. App.-Corpus Christi Oct. 8,
2008, orig. proceeding) (per curiam, mem. op.); Uzzell v. McGee, No. 13-07-00017-CV, 2008 Tex. App. LEXIS
3895, at *1-2 (Tex. App.-Corpus Christi May 22, 2008, no pet.) (mem. op.).